KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFAGHIH NOURI and HAMID NOURI,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS INSURANCE COMPANY, and Does 1-25, inclusive,<br><br>Defendants. | CASE NO. CV11-03865-DMG-(JCGx)<br><br>ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES [25] |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED:  April 26, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE